UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESLEY JONES,<br><br>       Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>       Defendants. | CIVIL ACTION NO. 25 Civ. 1535 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff Wesley Jones has filed a Notice of Settlement advising the Court that he has settled his claims as against Defendant Trans Union, LLC ("Trans Union"). (ECF No. 15). Accordingly, the Court ADJOURNS sine die Trans Union's deadlines in this matter. By **Friday, April 18, 2025**, Plaintiff and Trans Union are directed to file either a joint status letter or a stipulation of dismissal for the attention of the Honorable Gregory H. Woods.

Dated:  New York, New York    SO ORDERED.
     March 5, 2025

                      _____
                      **SARAH L. CAVE**
                      **United States Magistrate Judge**