USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
WESLEY JONES,                                                 :
                                                              :
                                                              :
                                      Plaintiff,              :
                                                              :        1:25-cv-1535-GHW
                      -against-                               :
                                                              :                ORDER
EXPERIAN INFORMATION SOLUTIONS,                               :
INC., *et al.*,                                               :
                                                              :
                                      Defendants.             :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 22, 2025, Magistrate Judge Cave issued an order granting Defendant Experian Information Solutions, Inc.'s motion to transfer this action to the United States District Court for the Northern District of Georgia. Dkt. No. 34 (the "Order"); *see Guardian Life Ins. Co. of Am. v. Coe*, 724 F. Supp. 3d 206, 210 n.1 (S.D.N.Y. 2024) (observing that motions to transfer venue are non-dispositive and may therefore be adjudicated by a magistrate judge's order). Plaintiff filed an objection to the Order later that day. Dkt. No. 35.

The Court will hold a conference regarding Plaintiff's objection to the Order on May 28, 2025 at 4:00 p.m. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: May 23, 2025
       New York, New York                          _____
                                                         GREGORY H. WOODS
                                                       United States District Judge