USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    WESLEY JONES,

                            Plaintiff,

            -against-

    EXPERIAN INFORMATION SOLUTIONS,
    INC., *et al.*,

                          Defendants.
------------------------------------------------------------ X

1:25-cv-1535-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the May 28, 2025 conference, Plaintiff's objection to Judge Cave's May 22, 2025 order granting Defendant Experian Information Solutions, Inc.'s motion to transfer this action to the United States District Court for the Northern District of Georgia, Dkt. No. 34, is OVERRULED. The Clerk of Court is directed to transfer this action to the United States District Court for the Northern District of Georgia without delay.

    SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                                                 _____
                                                                     GREGORY H. WOODS
                                                               United States District Judge